Daniel Watts, SBN 277861
**G10 Galuppo Law**
A Professional Law Corporation
2792 Gateway Road, Suite 102
Carlsbad, California 92009
Phone: (760) 431-4575
Fax: (760) 431-4579

Attorneys for Defendant YM Holdings, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>Plaintiff,<br><br>v.<br><br>**YM Holdings, LLC,** a Kansas Limited Liability Company; et. al.,<br><br>Defendants. | CASE NO. 18-cv—01114-JLS-KSC<br><br>**NOTICE OF G10 GALUPPO LAW'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT YM HOLDINGS, LLC.**<br><br>**S.D. CAL. CIV. L.R. 83.3(F)(3) AND 83.4, CAL. RULES OF PROFESSIONAL CONDUCT 1.6 AND 1.16**<br><br>**NO ORAL ARGUMENT OR HEARING UNLESS REQUESTED BY COURT**<br><br>Case filed: May 30, 2018<br><br>Judge: Hon. Judge Janis L. Sammartino |

Notice of G10 Galuppo Law's Motion to Withdraw as Counsel for Defendant YM Holdings, LLC
*Langer v. YM Holdings, LLC*

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**

**TO THE COURT AND ALL PARTIES:**

Under Civil Local Rule 83.3(f)(3) of the Southern District of California and in compliance with Civil Local Rule 83.4 and Rules 1.6 and 1.16 of the California Rules of Professional Conduct, G10 Galuppo Law ("Movant"), through its attorneys, respectfully moves this court to permit the law firm's withdrawal as counsel for Defendant YM Holdings, LLC.

According to the court's clerk, there will be no hearing on this motion to withdraw. Movant waives oral argument, and no oral argument will be held unless ordered by the court.

This motion is based on this notice and motion, the accompanying memorandum of points and authorities, the concurrently filed declaration of Daniel Watts, the pleadings and papers on file in this action, any matters of which the court may take judicial notice, and any other evidence or argument presented at or before the hearing.

Dated: April 2, 2019

                                      **G10 GALUPPO LAW**
                                      **A Professional Law Corporation**

                                      By: /s/Daniel Watts
                                          DANIEL WATTS
                                          Attorneys for YM Holdings, LLC