1  Daniel Watts, Esq., SBN 277861
   **G10 Galuppo Law**
2  A Professional Law Corporation
   2792 Gateway Road, Suite 102
3  Carlsbad, California 92009
   Phone:  (760) 431-4575
4  Fax:    (760) 431-4579

5  Attorneys for Defendant YM Holdings, LLC

6

7
                   UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10

11 **Chris Langer**,                | CASE NO. 18-cv—01114-JLS-KSC

12                                  |
        Plaintiff,                  | **DECLARATION OF DANIEL WATTS IN**
13                                  | **SUPPORT OF G10 GALUPPO LAW FIRM'S**
        v.                          | **MOTION TO WITHDRAW**
14                                  |
15 **YM Holdings, LLC,** a Kansas   |
   Limited Liability Company; et. al.,
16
17
18      Defendants.
19
20
21      I, Daniel Watts, declare:
22      1.      I am an associate attorney for Galuppo & Blake, a professional law
23 corporation ("Movant"), counsel for Defendant YM Holdings, LLC ("YMH"). I am
24 licensed to practice law in the State of California and admitted to the U.S. District Court
25 for the Southern District of California.
26      2.      I make this declaration in support of Movant's request for an Order
27 granting Movant's motion to withdraw as counsel for YMH based on my personal
28

---
Declaration of Daniel Watts
*Langer v. YM Holdings, LLC*

knowledge as an attorney who has provided substantial services for YMH in the present case. I was, in fact, the only attorney to do work on this case for YMH.

3. Galuppo & Blake has changed its name to G10 Galuppo Law, APLC.

4. There has been an irreconcilable breakdown in the attorney-client relationship between Movant and YMH. We have tried for six months to resolve the issue, but it is irreconcilable. We have been trying, without success, to resolve the issue since then. We have repeatedly spoken to our client's representative on the phone and via email and warned them that we would be forced to withdraw as counsel unless they paid their bills. They refused. On March 20, 2019, they again refused to pay and finally told us they do not want our firm to represent YMH. We recommended they hire new counsel and warned that we would have to withdraw if they did not immediately find new counsel.

5. The Movant will release to YMH, at the request of YMH, all YMH materials and property.

6. The parties to this action have not started discovery and there are no deadlines outstanding. There is a pending motion to dismiss which we filed in late 2018, and we are still waiting for the court to rule on it. While the motion is pending, there are no urgent matters requiring an attorney's attention.

7. The Movant properly served the accompanying notice and corresponding documents on YMH and the Plaintiff via email concurrently with filing this motion.

I declare under penalty of perjury of the laws of the State of California that these statements are true and correct and based in my personal knowledge.

Dated: April 2, 2019

/s/Daniel Watts
DANIEL WATTS

-1-

Declaration of Daniel Watts
*Langer v. YM Holdings, LLC*