Daniel Watts, Esq., SBN 277861
**G10 Galuppo Law**
A Professional Law Corporation
2792 Gateway Road, Suite 102
Carlsbad, California 92009
Phone: (760) 431-4575
Fax:   (760) 431-4579

Attorneys for Defendant YM Holdings, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | CASE NO. 18-cv-01114JLS-KSC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| **YM Holdings, LLC,** a Kansas Limited Liability Company; et. al., | |
| Defendants. | |

|   |   |
|---|---|
| 1 | I, Daniel Watts, declare: |
| 2 | I am over the age of eighteen years and not a party to the above-entitled action; |
| 3 | my business address is 2792 Gateway Rd., Ste. 102, Carlsbad, CA 92009. |
| 4 | On April 2, 2019, I electronically filed with the Clerk of the Court the following |
| 5 | documents using the CM/ECF system: |

1. **Notice of G10 Galuppo Law's motion to withdraw**
2. **Declaration of Daniel Watts**
3. **Memorandum of points and authorities in support of G10 Galuppo Law's motion to withdraw**

[XX]  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the registered NEF parties:

On the same day, I served a copy of these documents on the representative for Defendant YM Holdings, LLC via email at the address I know he uses to communicate and which he checks regularly.

I certify under penalty of perjury that the above is true and correct.  Executed on April 2, 2019, at Carlsbad, California.

/s/Daniel Watts