UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case No.: 18-CV-1114 JLS (KSC) |
|---|---|
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| YM HOLDINGS, LLC, a Kansas Limited Liability Company, DONG SOO LEE, SUIJIN LEE, and DOES 1-10, | (ECF No. 32) |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Default Judgment Against Defendants Dong Soo Lee and Sujin Lee. (ECF No. 32.) On its own motion, the Court **VACATES** the hearing scheduled for July 8, 2021, at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: July 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1